**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Lisa Hartman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LISA HARTMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,**<br><br>Defendant. | Case No.: 18-cv-0926-JLS-JMA<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT CITIBANK, N.A.** |

Plaintiff LISA HARTMAN ("Plaintiff") hereby notifies the Court that she and Defendant CITIBANK, N.A. ("CitiBank") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. As CitiBank has not filed an answer or a motion for summary judgment in this action, Plaintiff anticipates filing a voluntary dismissal (with prejudice) in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), in respect to CitiBank, within 60 days.

///

///

Plaintiff requests that all pending dates and filing requirements pertaining to CitiBank be vacated and that the Court set a deadline on or after September 10, 2018 for filing a Notice of Voluntary Dismissal as to Defendant CitiBank.

Respectfully submitted,

Dated: July 10, 2018                                C.O. LAW, APC

                                                    By: /s/ Clark Ovruchesky
                                                    CLARK OVRUCHESKY, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr., Suite 203, San Diego, CA 92110. On July 10, 2018, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT CITIBANK, N.A.**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 10, 2018 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE