**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Lisa Hartman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HARTMAN,<br><br>              Plaintiff,<br><br>              v.<br><br>CITIBANK, N.A.,<br><br>              Defendant. | Case No.: 18-cv-0926-JLS-JMA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Lisa Hartman ("Plaintiff") hereby voluntarily dismisses this action in its entirety, with prejudice. As grounds therefore, Plaintiff states that Defendant CitiBank, N.A. has not filed an answer or a motion for summary judgment in this action.

Respectfully submitted,

Dated: July 31, 2018                                C.O. LAW, APC

                                                  By: /s/ Clark Ovruchesky
                                                      CLARK OVRUCHESKY, ESQ.
                                                      ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr. Suite 203, San Diego, California 92110. On July 31, 2018, I served the within document(s):

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 31, 2018 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**